UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION


JOHN STEPHAN PARISIE                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO.4:05CV40-WAP-JAD

CHRISTOPHER EPPS, ET AL                                            DEFENDANTS


**FINAL JUDGMENT AS TO CERTAIN DEFENDANT**

On consideration of the file and records in this action, pursuant to 28 U.S.C. §636(b)(1)(B),

an evidentiary hearing having been conducted on October 6, 2005, by the Magistrate Judge pursuant

to 28 U.S.C. §636(b)(1)(B), and Spears v. McCotter, 766 F.2d 179 (5 Cir. 1985), the Court finds that

the Report and Recommendation of the United States Magistrate Judge dated October 11, 2005, was

on that date duly served by first class mail upon plaintiff and counsel for defendants; that more than

ten days have elapsed since service of said Report and Recommendation; and that no objection

thereto has been filed or served by said parties.  The Court is of the opinion that the Report and

Recommendation should be approved and adopted as the opinion of the Court.  It is, therefore

        **ORDERED:**

        1.  That the Report and Recommendation of the United States Magistrate Judge dated

October 11, 2005 be, and it is hereby, approved and adopted, and that the proposed findings of fact

and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and

conclusions of law of the Court.

2.  That Defendant Christopher Epps be and hereby is **dismissed with prejudice.**

THIS, the 16th day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE
