IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN STEPHAN PARISIE                                             PLAINTIFF

vs.                                           CIVIL ACTION NO. 4:05CV40-WAP-JAD

CORRECTIONAL MEDICAL SERVICES, INC., ET AL              DEFENDANTS

_____

**ORDER OF DISMISSAL AND FOR CORRECTION OF RECORD**
_____

Defendant Correctional Medical Services, Inc., filed a motion for dismissal and for correction of the record (Doc. 70). The court considers the motion well-taken and directs the Clerk to re-designate the defendant entity Correctional Medical Services, Inc. 1 as Correctional Medical Services, Inc.

**ORDERED:**

The defendant entity identified as Correctional Medical Services, Inc. 2 is hereby dismissed with prejudice.

THIS the 10th of April, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE