UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN STEPHAN PARISIE                                                                        PLAINTIFF

VS.                                                         CIVIL ACTION NO.4:05CV40-WAP-JAD

CORRECTIONAL MEDICAL SERVICES, ET AL                                         DEFENDANTS

ORDER GRANTING MOTION TO STRIKE

The court has considered the defendants' motion to strike (Doc. 98) the plaintiff's "Response to Rebuttal in Support of Defendants' Motion for Summary Judgment." (Doc. 99). Except with leave of court, there should be a motion, response and reply. The rules do not allow for such a document and the plaintiff did not seek leave to file additional responses.

IT IS ORDERED that the defendants motion is granted and the plaintiff's additional response (Doc. 99) is **STRICKEN**.

SO ORDERED this the 31st day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE