IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN STEPHAN PARISIE                                                                PLAINTIFF

v.                                                                                       NO. 4:05CV40-P-D

CHRISTOPHER EPPS, ET AL.                                                      DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated May 11, 2006, the May 25, 2006, objections to the Report and Recommendation, and the June 1, 2006, response to those objections, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 11, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That judgment is hereby **ENTERED** for the defendants.

3. That this case is **CLOSED.**

4. That in light of this holding, all motions currently pending in this case are hereby **DISMISSED** as moot.

THIS, the 8th day of November, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE